Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained.

Before the Second Division, August 8, 1957

**No. 61136.**—William H. Katzenberg, Inc. v. United States, protest 259619–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk netting similar in all material respects to that the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

**No. 61137.**—Stern & Stern Textiles, Inc., and W. E. R. Ribbon Corp. v. United States, protests 294849–K and 294466–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk netting similar in all material respects to that the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

**No. 61138.**—Glensder Textile Corp. v. United States, protest 288262–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.